UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|  | : | |
| VS. | : | ORDER |
| JAMES E. BAKER, III | : | |
|  | : | CR. NO.  06-203(JEI) |
|  | : | |
|  | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 17th day of June, 2008

ORDERED that the Federal Public Defender for the District of New Jersey, (Julie McGrain, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

            s/ Joseph E. Irenas

            JOSEPH E. IRENAS, SUSDJ